**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Ryan E. Cosgrove (SBN 277907)
19191 South Vermont Avenue, Suite 900
Torrance, California 90502
Telephone: (424) 221-7400
Facsimile: (424) 221-7499
Email: *ryan.cosgrove@nelsonmullins.com*

Attorneys for Defendants,
**TZELL TRAVEL, LLC, TZELL HOLDINGS, LLC, TRAVEL LEADERS GROUP, LLC,** AND **TZELL TRAVEL GROUP, LLC**

**LESCHES LAW**
Levi Lesches (SBN 305173)
5757 Wilshire Blvd., Ste. 535
Los Angeles, CA 90036
Telephone: (323) 900-0580
Email: *levi@lescheslaw.com*

Attorneys for Plaintiffs,
**FLIGHTBLITZ, INC.,**
**DAVID KAYE F/D/B/A FLIGHTBLITZ**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLIGHTBLITZ, INC., a California Corporation; DAVID KAYE, an individual, formerly doing business as FLIGHTBLITZ,<br><br>Plaintiffs,<br><br>v.<br><br>TZELL TRAVEL, LLC, a New York limited liability company; TZELL HOLDINGS, LLC, a Delaware limited liability company; TRAVEL LEADERS GROUP, LLC, d/b/a INTERNOVA TRAVEL GROUP, LLC, a Delaware limited liability company; TZELL TRAVEL GROUP, LLC, a business entity of unknown form,<br><br>Defendants. | Case No. 2:21-cv-02116-CBM-KESx<br><br>Assigned to Hon. Consuelo B. Marshall<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT [80]**<br><br>Complaint served: December 10, 2021<br>Current response date: January 2, 2024<br>New response date: January 23, 2024 |

1

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Having considered the Parties' Stipulation on the deadline for Defendants to file a response to the Second Amended Complaint, IT IS HEREBY ORDERED that:

1. Defendants Tzell Travel, LLC, Tzell Holdings, LLC, Travel Leaders Group, LLC, and Tzell Travel Group, LLC shall file their response to the Second Amended Complaint no later than January 23, 2024.

IT IS SO ORDERED.

Dated: December 29, 2023    

                                        Honorable Consuelo B. Marshall
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on December 29, 2023.

            /s/ *Ryan E. Cosgrove*
            Ryan E. Cosgrove