**From:** Levi Lesches <levi@lescheslaw.com>
**Sent:** Monday, September 9, 2024 2:34 AM
**To:** Denise Gunter <denise.gunter@nelsonmullins.com>
**Cc:** Alan Kaufman <alan.kaufman@nelsonmullins.com>; Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; James Wald <james.wald@nelsonmullins.com>
**Subject:** RE: FlightBlitz v. Tzell (federal action)

**External Source/Sender notice**
Use caution responding or clicking links/attachments.

Report Suspicious

Hi Denise,

As I previously advised Ryan, due to various personal and professional matters I will be stepping away from all the FlightBlitz cases for at least a few months. I had anticipated having new counsel substitute in last week, but it did not work out due to difficulties coordinating with the Client. New counsel should be associated within the coming week.

Best,

Levi Lesches
5757 Wilshire Boulevard, Ste 535
Los Angeles, CA 90036
Phone: (323) 900-0580
Cell: (323) 812-4784



*This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.*

**From:** Levi Lesches <levi@lescheslaw.com>
**Sent:** Friday, September 6, 2024 5:20 PM
**To:** Denise Gunter <denise.gunter@nelsonmullins.com>
**Cc:** Alan Kaufman <alan.kaufman@nelsonmullins.com>; Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; James Wald <james.wald@nelsonmullins.com>
**Subject:** Re: FlightBlitz v. Tzell (federal action)

EXHIBIT 6

I and the client were both traveling this week.  I will be in touch Sunday

Get Outlook for Android

---

**From:** Denise Gunter <denise.gunter@nelsonmullins.com>
**Sent:** Friday, September 6, 2024 8:56:48 AM
**To:** Levi Lesches <levi@lescheslaw.com>
**Cc:** Alan Kaufman <alan.kaufman@nelsonmullins.com>; Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; James Wald <james.wald@nelsonmullins.com>
**Subject:** RE: FlightBlitz v. Tzell (federal action)

Thanks, Levi.

I understand from other communications that you've had with Alan, Ryan and James that your family has been experiencing illness and I am very sorry to hear that.  I hope everyone is doing better.

As you know, we've not received any documents from Plaintiffs in the federal action.  We've sent you a meet and confer letter, and rather than send another addressing your responses from 9/5, it may be more efficient to have a call so we can discuss when we will be receiving documents.  I can't depose Mr. Kaye or the 30(b)(6) FlightBlitz representative until I receive responsive documents.

I'm hoping to avoid court involvement but time is running short as we have about 3 months left to complete fact discovery.

Please let me know some times in the near future you can be available.

Thanks.

---

**From:** Levi Lesches <levi@lescheslaw.com>
**Sent:** Thursday, September 5, 2024 11:46 PM
**To:** Denise Gunter <denise.gunter@nelsonmullins.com>
**Cc:** Alan Kaufman <alan.kaufman@nelsonmullins.com>; Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; James Wald <james.wald@nelsonmullins.com>
**Subject:** RE: FlightBlitz v. Tzell (federal action)

Please find attached Plaintiffs' preservation of objections.

Best,

Levi Lesches
5757 Wilshire Boulevard, Ste 535
Los Angeles, CA 90036
Phone: (323) 900-0580
Cell: (323) 812-4784



*This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.*

**From:** Denise Gunter <denise.gunter@nelsonmullins.com>
**Sent:** Tuesday, August 6, 2024 4:27 PM
**To:** Levi Lesches <levi@lescheslaw.com>
**Cc:** Alan Kaufman <alan.kaufman@nelsonmullins.com>; Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; James Wald <james.wald@nelsonmullins.com>
**Subject:** FlightBlitz v. Tzell (federal action)

Good evening, Levi,

Attached for service are Defendants' Second Set of RFPs to Plaintiffs, in both .pdf and Word.

Thanks.



**DENISE M. GUNTER**   **PARTNER**
denise.gunter@nelsonmullins.com

She/Her/Hers
**THE KNOLLWOOD | SUITE 530**
**380 KNOLLWOOD STREET | WINSTON-SALEM, NC 27103**
T **336.774.3322**   F **336.774.3299**
**NELSONMULLINS.COM**   VCARD   VIEW BIO

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.