1  Ryan E. Cosgrove, Bar No. 277907
    *ryan.cosgrove@nelsonmullins.com*
2  **NELSON MULLINS RILEY**
    **& SCARBOROUGH LLP**
3  19191 South Vermont Avenue, Suite 900
    Torrance, California 90502
4  Tel: (424) 221-7400 / Fax: (424) 221-7499

5  Denise M. Gunter (*pro hac vice)*
    *denise.gunter@nelsonmullins.com*
6  **NELSON MULLINS RILEY &**
    **SCARBOROUGH LLP**
7  380 Knollwood Street, Suite 530
    Winston-Salem, North Carolina 27103
8  Tel: (336) 774-3322 / Fax: (336) 774-3372

9  *Attorneys for Defendants*

10

11                    **UNITED STATES DISTRICT COURT**

12                    **CENTRAL DISTRICT OF CALIFORNIA**

13  FLIGHTBLITZ, INC., *et al.*,                  CASE NO. 2:21-cv-02116-CBM-KES

14        Plaintiffs,                             **DEFENDANTS' NOTICE OF**
                                                  **DEPOSITION OF DAVID KAYE**
15
      vs.
16                                                Date:  December 2, 2024
                                                  Time: 10:00 a.m. PT
17  TZELL TRAVEL, LLC, *et al.*,                  Place: Nelson Mullins
                                                        350 S. Grand Ave., Suite 2200
18        Defendants.                                   Los Angeles, CA 90071

19

20

21

22        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23        PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30,

24  Defendants Tzell Travel, LLC, Tzell Holdings, LLC, Travel Leaders Group, LLC

25  d/b/a Internova Travel Group, and Tzell Travel Group, LLC (collectively,

26  "Defendants") will take the deposition of David Kaye on December 2, 2024, at 10:00

27  a.m. Pacific Time, at Nelson Mullins Riley & Scarborough LLP, 350 S. Grand Ave.,

28

                        **EXHIBIT**
                        **8**
                                    1

                    **DEFENDANTS' NOTICE OF DEPOSITION OF DAVID KAYE**

1  Suite 2200, Los Angeles, CA 90071, before a notary public or some other officer

2  authorized by law to administer oaths.  The transcript may be used as prescribed by

3  the Rules of Civil Procedure. The deposition will continue from day to day until

4  complete and will be recorded by stenographic means.

5  PLEASE TAKE FUTHER NOTICE that Defendants reserve the right to record

6  the deposition testimony by video and/or audiotape.  Defendants also reserve the right

7  to use at trial a video recording of the deposition.

8  NOTICE IS FURTHER GIVEN that Defendants also reserve the right to utilize

9  instant visual display technology such that the court reporter's writing of the

10  proceeding will be displayed simultaneous to the writing of same on one's laptop,

11  iPad, tablet, or other type of display device connected to the court reporter.

12

13  DATED:  October 16, 2024          NELSON MULLINS RILEY &
                                      SCARBOROUGH LLP

14

15

16                                    By:  _____/s/ *Ryan E. Cosgrove*_____
                                          Ryan E. Cosgrove
17                                        Denise M. Gunter
                                          Attorneys for Defendants
18

19

20

21

22

23

24

25

26

27

28

2

**DEFENDANTS' NOTICE OF DEPOSITION OF DAVID KAYE**

## CERTIFICATE OF SERVICE

I declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is 19191 South Vermont Ave., Suite 900, Torrance, California 90502.

On **October 16, 2024**, I served the within:

### DEFENDANTS' NOTICE OF DEPOSITION OF DAVID KAYE

on the interested parties in this action addressed as follows:

Levi Lesches                                              *Attorneys for Plaintiff*
Lesches Law
5757 Wilshire Boulevard, Suite 535
Los Angeles, CA  90036
levi@lescheslaw.com

☒     **BY ELECTRONIC MAIL**: On this date, I personally caused the documents to be sent to the person(s) at the e-mail addresses listed on the Service List by transmitting such document(s) electronically from my e-mail address, judy.carter@nelsonmillins.com at Nelson Mullins Riley & Scarborough LLP. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **October 16, 2024**, at Torrance, California.

_____

Sebastian Velazquez

1 | Ryan E. Cosgrove, Bar No. 277907
*ryan.cosgrove@nelsonmullins.com*
2 | **NELSON MULLINS RILEY**
**& SCARBOROUGH LLP**
3 | 19191 South Vermont Avenue, Suite 900
Torrance, California 90502
4 | Tel: (424) 221-7400 / Fax: (424) 221-7499

5 | Denise M. Gunter (*pro hac vice)*
*denise.gunter@nelsonmullins.com*
6 | **NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**
7 | 380 Knollwood Street, Suite 530
Winston-Salem, North Carolina 27103
8 | Tel: (336) 774-3322 / Fax: (336) 774-3372

9 | *Attorneys for Defendants*

10 |

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | FLIGHTBLITZ, INC., *et al.*,                CASE NO. 2:21-cv-02116-CBM-KES

14 |         Plaintiffs,                         **DEFENDANTS' NOTICE OF**
                                                **DEPOSITION OF PERSON MOST**
15 |                                             **KNOWLEDGEABLE OF**
      vs.                                       **FLIGHTBLITZ, INC.**
16 |

17 | TZELL TRAVEL, LLC, *et al.*,

18 |         Defendants.                         Date:  December 3, 2024
                                                Time: 10:00 a.m. PT
19 |                                             Place: Nelson Mullins
                                                       350 S. Grand Ave., Suite 2200
                                                       Los Angeles, CA 90071
20 |

21 |

22 |

23 |         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24 |         PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30,

25 | Defendants Tzell Travel, LLC, Tzell Holdings, LLC, Travel Leaders Group, LLC

26 | d/b/a Internova Travel Group, and Tzell Travel Group, LLC (collectively,

27 | "Defendants") will take the deposition of the Person(s) Most Knowledgeable at

28 |

1

**DEFENDANTS' NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF FLIGHTBLITZ, INC.**

1  FLIGHTBLITZ, INC. regarding the topics identified herein, on December 3, 2024, at

2  10:00 a.m. Pacific Time, at Nelson Mullins Riley & Scarborough LLP, 350 S. Grand

3  Ave., Suite 2200, Los Angeles, CA 90071, before a notary public or some other

4  officer authorized by law to administer oaths.  The transcript may be used as

5  prescribed by the Rules of Civil Procedure. The deposition will continue from day to

6  day until complete and will be recorded by stenographic means.

7  　　　　PLEASE TAKE FUTHER NOTICE that Defendants reserve the right to record

8  the deposition testimony by video and/or audiotape.  Defendants also reserve the right

9  to use at trial a video recording of the deposition.

10  　　　　NOTICE IS FURTHER GIVEN that Defendants also reserve the right to utilize

11  instant visual display technology such that the court reporter's writing of the

12  proceeding will be displayed simultaneous to the writing of same on one's laptop,

13  iPad, tablet, or other type of display device connected to the court reporter.

14

15  　　　　　　　　　　　　　　　**DEFINITIONS**

16  　　　　As used herein, the following terms have the following meanings:

17  　　　　1.　　"FLIGHTBLITZ" refers to Plaintiff FlightBlitz, Inc., as well as any of

18  its authorized agents, representatives, and all persons acting on its behalf.

19  　　　　2.　　"SAC" refers to the Second Amended Complaint filed by Plaintiff in the

20  above-titled action.

21  　　　　3.　　"DEFENDANTS" means Tzell Travel, LLC, Tzell Holdings, LLC,

22  Travel Leaders Group, LLC d/b/a Internova Travel Group, and Tzell Travel Group,

23  LLC, and any of their members, employees, representatives, officers, directors,

24  managers, agents, attorneys, assigns, predecessors, successors, affiliates, par-ents,

25  subsidiaries, and any other entities or Persons acting or purporting to act on their

26  behalf.

27

28

**DEFENDANTS' NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF FLIGHTBLITZ, INC.**

1    4.    "DOCUMENTS" are defined as broadly as the term is construed under

2 Rule 34 of the Federal Rules of Civil Procedure, and is meant to include, but is not

3 limited to, all tangible and intangible modes of communicating, conveying, or

4 providing any information such as writings, email, text messages, ephemeral

5 messages such as Slack messages, social media posts, correspondence,

6 communications, notes, witness statements, transcripts, letters, memoranda,

7 drawings, graphs, charts, photographs, discs, computer recordings, spreadsheets, data,

8 databases, and any other kind of data compilations from which information can be

9 obtained, as well as drafts and any non-identical copies.

10    **TOPICS**

11    1.    FLIGHTBLITZ' ownership and corporate structure from January 1,

12 2015 to the present.

13    2.    FLIGHTBLITZ' knowledge of and experience in the travel industry

14 during the period January 1, 2015 to the present.

15    3.    FLIGHTBLITZ' revenues, expenses and profits from January 1, 2015-

16 present.

17    4.    The factual allegations in the SAC filed in 2:21-cv-02116-CBM-KES

18 (C.D. Cal.).

19    5.    Damages that FLIGHTBLITZ claims to have sustained as a result of any

20 conduct of Defendants alleged in the SAC.

21    6.    FLIGHTBLITZ' management of its independent contractors in 2018-

22 2019 from the time FLIGHTBLITZ joined All Star Travel Group and up to the time

23 Defendants terminated FLIGHTBLITZ.

24    7.    FLIGHTBLITZ' answers and objections to written discovery served by

25 Defendants in this matter.

26    8.    Documents produced by FLIGHTBLITZ in any litigation or arbitration

27 with any Defendant.

28

3

**DEFENDANTS' NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF FLIGHTBLITZ, INC.**

9.      FLIGHTBLITZ' attempt to become a Tzell branch.

DATED:  October 16, 2024          NELSON MULLINS RILEY & SCARBOROUGH LLP


By:  _____/s/ *Ryan E. Cosgrove*_____
Ryan E. Cosgrove
Denise M. Gunter
Attorneys for Defendants

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is 19191 South Vermont Ave., Suite 900, Torrance, California 90502.

On **October 16, 2024**, I served the within:

**DEFENDANTS' NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF FLIGHTBLITZ, INC.**

on the interested parties in this action addressed as follows:

Levi Lesches                                      *Attorneys for Plaintiff*
Lesches Law
5757 Wilshire Boulevard, Suite 535
Los Angeles, CA  90036
levi@lescheslaw.com

☒    **BY ELECTRONIC MAIL**: On this date, I personally caused the documents to be sent to the person(s) at the e-mail addresses listed on the Service List by transmitting such document(s) electronically from my e-mail address, judy.carter@nelsonmillins.com at Nelson Mullins Riley & Scarborough LLP. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **October 16, 2024**, at Torrance, California.

_____
Sebastian Velazquez

1
**CERTIFICATE OF SERVICE**