# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FlightBlitz, Inc., et al<br><br>Plaintiff(s)<br>v.<br>Tzell Travel, LLC, et al<br><br>Defendant(s) | CASE NUMBER<br><br>2:21-cv-02116-CBM-KES<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

[x] The Court hereby orders that the request of:

FlightBlitz and David Kaye    [x] Plaintiff  [ ] Defendant  [ ] Other
*Name of Party*

[x] to substitute Aryeh Kaufman, Esq. who is

[x] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

5482 Wilshire Blvd., PMB 1907
*Street Address*

Los Angeles, CA, 90036                aryeh@akaufmanlegal.com
*City, State, Zip*                    *E-Mail Address*

(323) 943-2566        (213) 402-8598        289745
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of Levi Lesches
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** [ ] **GRANTED**  [ ] **DENIED**

[ ] The Court hereby orders that the request of | Levi Lesches |
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for | FlightBlitz and David Kaye |

**is hereby** [ ] **GRANTED**  [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY