Aryeh Kaufman, Esq. (SBN: 289745)
aryeh@akaufmanlegal.com
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd., PMB 1907
Los Angeles, CA 90036
Tel: (323) 943-2566
Fax: (213) 402-8598

*Attorneys for Plaintiffs,*
**FLIGHTBLITZ, INC. and DAVID KAYE**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FLIGHTBLITZ, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TZELL TRAVEL, LLC, et al., <br><br> Defendants. | Case No. 2:21-cv-02116-CBM-KES <br><br> **DECLARATION OF DAVID KAYE IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 16(b)** <br><br> Hearing Date:  March 25, 2025 <br> Time:  10:00 a.m. <br> Courtroom:  8D <br><br> Judge: Hon. Consuelo B. Marshall |

# DECLARATION OF DAVID KAYE

I, David Kaye, declare as follows:

1. I am over the age of 18 years. I am a Plaintiff in this action, and the principal of Plaintiff FlightBlitz, Inc. ("FlightBlitz"). This declaration is submitted in support of Plaintiffs' motion to amend scheduling order pursuant to Fed. R. Civ. P. 16(b). The following facts are within my personal knowledge, except where otherwise indicated upon information and belief, and if called as a witness herein, I can and will competently testify hereto.

2. FlightBlitz and I have diligently litigated our claims against Defendants for years, including a successful appeal to the Ninth Circuit.

3. After our former counsel, Levi Lesches, appeared at the scheduling conference in this action, he informed me that trial was scheduled in September 2025. However, Mr. Lesches never sent me a copy of the Court's scheduling order, dated May 15, 2024, ("Scheduling Order"). He also never informed me of the dates pertaining to discovery. I was therefore not aware of the Scheduling Order and its deadlines.

4. Prior to this action, I only had experience with state court procedures, so I was not aware that discovery deadlines could expire so far in advance of trial.

5. Mr. Lesches informed me in or about August 2024 that FlightBlitz and I would need to secure new counsel.

6. I was subsequently engaged for months in the process to obtain new counsel.

7. The task of finding new representation was complicated by the scope of work, as FlightBlitz and I require an attorney competent to represent us in federal and state litigation, as well as arbitration.

8. The law firm that I anticipated retaining ultimately declined to assume the representation. Such circumstances, and similar matters, delayed the process of substituting counsel.

9. While I was pursuing new representation, I was not aware that Mr. Lesches was not effectively prosecuting our case.

10. Mr. Lesches did not inform me of deposition notices in this action.

11. Mr. Lesches failed to file a request to modify the Scheduling Order when it became apparent that he could not litigate the case, and FlightBlitz and I had not yet found new counsel.

12. Mr. Lesches never informed me of imminent deadlines in this action, including the close of fact discovery and expert witness disclosures.

13. FlightBlitz and I were effectively left without counsel.

14. Despite the fact that FlightBlitz and I had already begun the process of engaging an expert in March 2024, Mr. Lesches failed to designate and disclose an expert prior to the cutoff date in January 2025.

15. I was surprised to learn that critical dates in the Scheduling Order had expired without action by my counsel of record.

16. FlightBlitz and I have obtained new counsel, Law Office of Aryeh Kaufman, who is prepared to litigate the matter through trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 21, 2025, at Los Angeles County, California.

By: _____*D. Kaye*_____
David Kaye, declarant