Aryeh Kaufman, Esq. (SBN: 289745)
aryeh@akaufmanlegal.com
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd., PMB 1907
Los Angeles, CA 90036
Tel: (323) 943-2566
Fax: (213) 402-8598

*Attorneys for Plaintiffs,*
**FLIGHTBLITZ, INC. and DAVID KAYE**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FLIGHTBLITZ, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TZELL TRAVEL, LLC, et al., <br><br> Defendants. | Case No. 2:21-cv-02116-CBM-KES <br><br> **DECLARATION OF ARYEH KAUFMAN, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 16(b)** <br><br> Hearing Date: March 25, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 8D <br><br> Judge: Hon. Consuelo B. Marshall |

1
DECLARATION OF ARYEH KAUFMAN, ESQ.

# DECLARATION OF ARYEH KAUFMAN, ESQ.

I, Aryeh Kaufman, Esq., declare as follows:

1. I am an attorney duly admitted to practice law before this Court. I am the principal of the Law Office of Aryeh Kaufman, new counsel for Plaintiffs David Kaye and FlightBlitz, Inc. (collectively, "Plaintiffs"). This declaration is submitted in support of Plaintiffs' motion to amend the scheduling order pursuant to Fed. R. Civ. P. 16(b). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matter stated herein.

2. On February 18, 2025, I filed a request to substitute me into this case as new counsel of record for Plaintiffs, and to withdraw attorney Levi Leschess. D.E. 100.

3. Also on February 18, 2025, I filed an opposition to Defendant's motion to dismiss this case for failure to prosecute. D.E. 101.

4. On February 19, 2025, Defendants filed an opposition to the substitution request. D.E. 102.

5. On February 20, 2025, I emailed Ryan Cosgrove to meet and confer on Plaintiffs upcoming motion for relief from the Scheduling Order.

6. I received a response a short time later from Denise Gunter stating that she cannot meet and confer with me because I am not an attorney of record on this case.

7. Due to the opposition by Defendants to the request I made on February 18, 2025, and there refusal to meet and confer with me, I filed a notice of appearance (form G-123) on February 21, 2025.

8. However, Defendants' counsel still would not meet and confer with me.

9. Defendants position is that the Court needs to let Levi Lesches out of the case before I can become counsel of record, and that the "Court needs to determine whether this case is dead or alive before conversations about extending lapsed deadlines can take place."

10. A true and correct copy of the meet and confer thread is attached hereto as Exhibit A.

I declare under penalty of perjury under the law of the United States of American, that I have read the foregoing declaration and that the facts stated in it are true.

Executed February 21, 2025, at Los Angeles County, California.

By: */s/ Aryeh Kaufman*
Aryeh Kaufman, Esq., declarant

# Exhibit A



Aryeh Kaufman, Esq. <aryeh@akaufmanlegal.com>

## Re: FW: FlightBlitz Federal Court Matter - Meet and Confer Pursuant to 7-3
1 message

**Aryeh Kaufman** <aryeh@akaufmanlegal.com>  Fri, Feb 21, 2025 at 1:56 PM
To: Denise Gunter <denise.gunter@nelsonmullins.com>
Cc: Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>, Maura Pennington <maura@akaufmanlegal.com>

Thanks for the quick reply. We'll include this thread in the motion so the Court knows your position.

Sincerely,

Aryeh L. Kaufman, Esq.
**LAW OFFICE OF ARYEH KAUFMAN**
Tel: (323) 943-2566
Fax: (213) 402-8598
www.akaufmanlegal.com

Mailing Address:
Law Office of Aryeh Kaufman
5482 Wilshire Blvd., PMB 1907
Los Angeles, CA 90036



**CONFIDENTIALITY NOTICE:** *The content of this email is confidential and intended for the specified recipient only. If you are not the intended recipient of this email, please delete.*

On Fri, Feb 21, 2025 at 1:54 PM Denise Gunter <denise.gunter@nelsonmullins.com> wrote:

> Aryeh, I have received the Notice of Appearance but you're still not counsel of record as far as I can tell. Judge Marshall needs to let Levi out, and you in. She has not done so. Moreover, the situation here is hardly a technicality for the reasons stated in our Rule 41(b) motion. Our position is the Court needs to determine whether this case is dead or alive before conversations about extending lapsed deadlines can take place. Thanks.
>
> **From:** Aryeh Kaufman <aryeh@akaufmanlegal.com>
> **Sent:** Friday, February 21, 2025 4:41 PM
> **To:** Denise Gunter <denise.gunter@nelsonmullins.com>
> **Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Maura Pennington <maura@akaufmanlegal.com>
> **Subject:** Re: FW: FlightBlitz Federal Court Matter - Meet and Confer Pursuant to 7-3
>
> Dear Ms. Gunter,
>
> While I disagree that you cannot meet and confer with me based on a technicality, I filed a notice of appearance (a G-123 form). Now that I am the attorney of record in the case, please let me know if you would like to meet and confer on Plaintiffs' upcoming motion for relief based on attorney gross negligence.

Thank you.

Sincerely,

Aryeh L. Kaufman, Esq.

**LAW OFFICE OF ARYEH KAUFMAN**

Tel: (323) 943-2566

Fax: (213) 402-8598

www.akaufmanlegal.com

Mailing Address:

Law Office of Aryeh Kaufman

5482 Wilshire Blvd., PMB 1907

Los Angeles, CA 90036

**CONFIDENTIALITY NOTICE:** *The content of this email is confidential and intended for the specified recipient only. If you are not the intended recipient of this email, please delete.*

On Thu, Feb 20, 2025 at 6:59 PM Denise Gunter <denise.gunter@nelsonmullins.com> wrote:

> Hi, Aryeh,
>
> Thanks for your message, which Ryan forwarded to me. To the extent you are corresponding about the federal case, please copy me since I am lead counsel in the federal case.
>
> Ordinarily, I would be happy to have a conversation with you as required under the Local Rules, but here's the problem: 1) you are not counsel of record in this matter so it would not be appropriate for me to discuss this case with you. If and when Judge Marshall allows Levi to exit and you to enter, we can have a conversation; and 2) there isn't any reason to extend deadlines. For the reasons we have made clear in our Rule 41 motion, this case needs to be dismissed with prejudice because it was abandoned.
>
> Thanks.

**From:** Aryeh Kaufman <aryeh@akaufmanlegal.com>
**Date:** February 20, 2025 at 4:51:46 PM PST
**To:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>
**Cc:** Maura Pennington <maura@akaufmanlegal.com>
**Subject: FlightBlitz Federal Court Matter - Meet and Confer Pursuant to 7-3**

Dear Mr. Cosgrove,

We intend to move the court, as soon as possible, to extend certain deadlines in this case, including the expert disclosure deadlines. Based on your recent filings, I doubt your side will be amenable to the continuance of any deadlines in this case, but please let me know if I am wrong.

If you would like to jump on a call to discuss, please let me know.

Sincerely,

Aryeh L. Kaufman, Esq.

**LAW OFFICE OF ARYEH KAUFMAN**

Tel: (323) 943-2566

Fax: (213) 402-8598

www.akaufmanlegal.com

Mailing Address:

Law Office of Aryeh Kaufman

5482 Wilshire Blvd., PMB 1907

Los Angeles, CA 90036

**CONFIDENTIALITY NOTICE:** *The content of this email is confidential and intended for the specified recipient only. If you are not the intended recipient of this email, please delete.*

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part

> of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.