UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FlightBlitz, Inc., et al.,<br><br>                Plaintiffs,<br><br>   vs.<br><br>Tzell Travel, LLC, et al.,<br><br>                Defendants. | Case No. 2:21-cv-02116-CBM-KES<br><br>**ORDER RE SECOND STIPULATION TO AMEND SCHEDULING ORDER [132]**<br><br>[NOTE CHANGES MADE BY THE COURT] |

Having considered the Parties' Second Stipulation to Amend the Scheduling Order (Dkt. No. 132), IT IS HEREBY ORDERED that:

1. Expert depositions shall be completed no later than November 26, 2025;
2. The final pretrial conference shall be continued to February 17, 2026 at 2:30 p.m. and the trial shall be continued to March 10, 2026 at 10:00 a.m.;
3. The settlement conference shall be completed no later than January 30, 2026; and
4. Defendants' Second Motion for Summary Judgment, if any, shall be filed on December 16, 2026.  Plaintiffs shall serve their response to the Second Motion for Summary Judgment on December 30, 2026, and Defendants shall serve their Reply on January 8, 2026.

**IT IS SO ORDERED.**

DATED: October 2, 2025

_____
Honorable Consuelo B. Marshall
United States District Judge