1  Aryeh Kaufman, Bar No. 289745
2  aryeh@kaufmanlegal.com
   **LAW OFFICE OF ARYEH KAUFMAN**
   5482 Wilshire Blvd, #1907
3  Los Angeles, California 90036
   Tel: (323) 943-2566/Fax: (213) 402-8598
4
   *Attorneys for Plaintiffs*
5
   Ryan E. Cosgrove, Bar No. 277907
6  *ryan.cosgrove@nelsonmullins.com*
   **NELSON MULLINS RILEY &**
7  **SCARBOROUGH LLP**
   19191 South Vermont Avenue, Suite 900
8  Torrance, California 90502
   Tel: (424) 221-7400 / Fax: (424) 221-7499
9
   Denise M. Gunter (*pro hac vice*)
10 *denise.gunter@nelsonmullins.com*
   **NELSON MULLINS RILEY &**
11 **SCARBOROUGH LLP**
   380 Knollwood Street, Suite 530
12 Winston-Salem, North Carolina 27103
   Tel: (336) 774-3322 / Fax: (336) 774-3372
13
   *Attorneys for Defendants*
14

15                 UNITED STATES DISTRICT COURT
16
                CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
17

| | |
|---|---|
| FlightBlitz, Inc., et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Tzell Travel, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02116-CBM-KES<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II); AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs FlightBlitz, Inc. and David Kaye and Defendants Tzell Travel, LLC, Tzell Holdings, LLC, Travel Leaders Group, LLC d/b/a Internova Travel Group, and Tzell Travel Group, LLC that pursuant to a settlement agreement between the parties, the above-captioned action, as set forth in Plaintiffs' Second Amended Complaint, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Further, all parties are to bear their own costs and fees incurred in this instant action.

A proposed Order is submitted herewith for the Court's consideration.

DATED: December 19, 2025

**LAW OFFICE OF ARYEH KAUFMAN**

*/s/ Aryeh Kaufman*
Aryeh Kaufman, Esq.

*Attorneys for Plaintiffs*

DATED: December 19, 2025

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Denise M. Gunter*
Denise M. Gunter

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*Attorneys for Defendants*

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 23, 2025

By: /s/ *Aryeh Kaufman*
Aryeh Kaufman, Esq.,

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on December 23, 2025, I electronically filed the foregoing |
| 3 | document using the CM/ECF system which will send notification of such filing to the |
| 4 | e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail |
| 5 | Notice List. |

By: */s/ Aryeh Kaufman*
     Aryeh Kaufman, Esq.,