1
2
3
4
5
6
7
8
9
10
11                    UNITED STATES DISTRICT COURT
12         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
13  FlightBlitz, Inc., et al.,
14                      Plaintiffs,           Case No. 2:21-cv-02116-CBM-KES
15      vs.                                   **[PROPOSED] ORDER**
16  Tzell Travel, LLC, et al.,
17
18                      Defendants.
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation of Dismissal, entered pursuant to a settlement agreement between the parties, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

The above-captioned action is dismissed with prejudice. The Parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                        Hon. Consuelo B. Marshall
                                        UNITED STATES DISTRICT COURT