JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FlightBlitz, Inc., et al., | Case No. 2:21-cv-02116-CBM-KES |
| Plaintiffs, | |
| vs. | **ORDER** |
| Tzell Travel, LLC, et al., | |
| Defendants. | |

1

## ORDER

Pursuant to the Parties' Stipulation of Dismissal, entered pursuant to a settlement agreement between the parties, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

The above-captioned action is dismissed with prejudice. The Parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: December 30, 2025           By: _____
                                       Hon. Consuelo B. Marshall
                                       UNITED STATES DISTRICT JUDGE